# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON S. GATES,<br><br>        Plaintiff,<br><br>   v.<br><br>GONZALES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00526-OWW-DLB PC<br><br>**ORDER VACATING** ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. #26) |

    It is hereby ORDERED that the Order Adopting Findings and Recommendations and Denying Plaintiff's Motion For Preliminary Injunctive Relief (Doc # 26) signed December 14, 2009 and filed December 15, 2009 is VACATED.

IT IS SO ORDERED.

**Dated:   January 4, 2010**                 /s/ Oliver W. Wanger
                                                               UNITED STATES DISTRICT JUDGE

1