UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON S. GATES,<br><br>            Plaintiff,<br><br>    v.<br><br>GONZALES, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-00526-OWW-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 20, 21) |

Plaintiff Leon S. Gates ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 27, 2009, is adopted in full; and

2. Plaintiff's motion for a court order and a Court inquiry, filed October 19, 2009, is DENIED.

IT IS SO ORDERED.

Dated:   **January 5, 2010**                     **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE