IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


LEON S. GATES,                          1:09-cv-00526-OWW-DLB (PC)

        Plaintiff,               ORDER GRANTING PLAINTIFF'S
                                        MOTION TO EXTEND TIME TO FILE
   vs.                                  AMENDED COMPLAINT IN PART

GONZALES, et al,                        (Motion#29)

        Defendants.              30-DAY DEADLINE
_____/

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
1983.  On February 22, 2010, plaintiff filed a second motion to extend time to file an amended
complaint.  Plaintiff complains of limited access to the law library and a typewriter.

      Plaintiff has already received several extensions of time regarding this issue.  The Court
HEREBY ORDERS that Plaintiff is GRANTED **thirty (30) days** from the date of service of
this order in which to file his amended complaint.  The Court will not grant a further extension
of time for Plaintiff to file an amended complaint without good cause given.

   IT IS SO ORDERED.

**Dated:**   **February 26, 2010**          **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE