# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON S. GATES, | CASE NO. 1:09-CV-00526-OWW-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM |
| v. | |
| GONZALES, et al., | (DOC. 32) |
| Defendants. | RESPONSE DUE WITHIN 20 DAYS |

Plaintiff Leon S. Gates ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on March 13, 2009. (Doc. 1.) On September 23, 2009, the Court dismissed Plaintiff's complaint for failure to state a claim, with leave to file an amended complaint within thirty days. (Doc. 18.) Plaintiff requested and received several extensions of time to file an amended complaint. On March 18, 2010, Plaintiff filed his latest request for extension of time to amend his complaint. (Doc. 31.) On April 20, 2010, the Court granted Plaintiff's third request for a sixty-day extension of time to file his amended complaint. (Doc. 32.) As of the date of this order, Plaintiff has yet to file an amended complaint or otherwise respond.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **twenty (20) days** why this action should not be dismissed for failure to obey the Court's April 20, 2010

1

Order.  Failure to show cause or otherwise timely respond to this order will result in a recommendation of dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   **September 20, 2010**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE